**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 280 EAL 2023
                                   :
             Respondent             :
                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court
               v.                       :
                                     :
                                     :
RODNEY MARSHALL,                   :
                                     :
             Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 20th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.